**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 3:13-cv-00274

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 17 2013
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Jury Trial: ☐ Yes ☒ No
(Check One)

This case assigned to District Judge **BAKER**
and to Magistrate Judge **RAY**

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Brother Flowers Demetrius
   ADC # _____
   Address: 2201 Watergate Jonesboro Ark 72401

   Name of plaintiff: Mikal Yetes
   ADC # _____
   Address: 410 W. Washington Jonesboro Ark

   Name of plaintiff: Sister Sandra Esmond
   ADC # _____
   118 Rogers Jonesboro Ark 72401
   Address: 7351 South Stony Island Chicago Ill 60663

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: U. Penny Disiple O'Bomma guys or men
   Position: The President - Reffense to neglect - Me Ritin
   Place of employment: 6160 or 1600 Washington DC
   Address: Presc whit Hecse Casperacy To commit murder

   Name of defendant: Michel O'Bomma (w) Lesbian
   Position: PresenDent w wife Casprcy Ta commit murder

This Specl proteicion Recstt Reffense for Safty plate gerater Safty - From B Throwing Quern - cncy ch using illiyal Furgn Premn (Lotte A. Roux Frech) - Passing out to French + Fgn onluy Feaus In gole ment positions to vill or me nerts onbect me Feve me afty slcoing it, lm vill or me nerls F fo Rest. I Fer fre wolde d Fermils Tem I Fer fore wolde (u Bioggin

34-278, The Court is if you Do not Do so and are of the crazy money rate Date you Know that Not Sp & Shows About watching under Shermen Ake Zill-ed Rice drilling corn putting mixed

### VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

putt Killer stinking my kent Wife Obama Denile-eat For caspiring To commit murder and getting others To committ Murder affening (crim-al) offenders and the Shor men ACT Villetting my Amendments Civil Right I want them To Be put To Death For making Trouble For me and other Refugees and Laddys that I right Inventing is about me and the Atlantica

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20____.

_____
Bro Flowers Demetrius
Signature(s) of plaintiff(s)

Cpal pa Tean witnest Ihm Hooge Durat Blant bring my cin self own Cot our Sack

ST of AR
Craighead Co

Signed before me a Notary this 20 q Nov 2013

Carolyn York

OFFICIAL SEAL - NO. 12362498
CAROLYN YORK
NOTARY PUBLIC-ARKANSAS
CRAIGHEAD COUNTY
MY COMMISSION EXPIRES: 09-06-17

-8-

Rollitt

Sister Scal, Directress of ISC
E. Mary, Msgr. Mikel Yates          12-3-2013
Brother Fleures Demetrius

vs

Michal O'Bannon    Lesbians
Rerrke O'Bannon    gays

The courts (Hewitt) meet up the move on the paperwork Brother Fleures vs Demetrius meet gays and Lesbians

This Registry dee Buz O'Bannon and Mrs gays and Lesbians Rang That's in government positions Recently Meetings Villifying my Amendment Rights as Pope Bishop

12-4-2013 This person/ Rollitt has speed professor chyles ke sherman de

4. This conspiracy to commit murder Rerrke O'Bannon Machal O'Bannon That I'm the Bishop of this Registry dee not consulting me and it's illegal I'm still an Citizen at the all Representing pay Paid to me & prison and the theft of 1987 funds and Congress and This patent till occurring and O'Bannon making up Laws that's not a law and stealing things out my then legal work-meet This Misrepresents office and Villifying my 1st Amendment have keep steering me get thrown and the prison more that make for them to Reach fore not asking me what's Right fore