**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**FLOWERS DEMETRIUS,
MIKAL YETES, and SANDRA ELMOND**                                                    **PLAINTIFFS**

**v.**                                  **Case No. 3:13-cv-00274 KGB**

**BARACK OBAMA and
MICHELLE OBAMA**                                                                             **DEFENDANTS**

## ORDER

Plaintiffs have not responded to, or complied with, the Court's Order directing plaintiffs to submit the filing fee and an amended complaint (Dkt. No. 3).  Pursuant to Local Rule 5.5(c)(2), the Court dismisses this action without prejudice.  Judgment will be entered accordingly.

SO ORDERED this the 28th day of July, 2015.

_____
Kristine G. Baker
United States District Judge