**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**FLOWERS DEMETRIUS,
MIKAL YETES, and SANDRA ELMOND**                                    **PLAINTIFFS**

**v.**                                    **Case No. 3:13-cv-00274 KGB**

**BARACK OBAMA and
MICHELLE OBAMA**                                    **DEFENDANTS**

**<u>JUDGMENT</u>**

Pursuant to the Court's Order entered this date, it is considered, ordered, and adjudged that this action is dismissed without prejudice.  The relief sought is denied.

SO ADJUDGED this the 28th day of July, 2015.

_____
Kristine G. Baker
United States District Judge